UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -   X
                        :

UNITED STATES OF AMERICA        :

       - v. -           :

KENROY HARDIE,             :

        Defendants.     :

                        :

- - - - - - - - - - - - - - - - -   X

**UNSEALING ORDER**

S1 22 Cr. 378 (AKH)
S2 22 Cr. 378 (AKH)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorneys Frank Balsamello and and Andrew K. Chan;

It is found that the Superseding Indictments in the above-captioned action, S1 and S2 22 Cr. 378, are currently sealed and the United States Attorney's Office has applied to have them unsealed, it is therefore

ORDERED that the S1 and S2 Indictments in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
      May 7, 2026

HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE