

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 17, 2022

**REQUEST TO BE FILED UNDER SEAL**

**BY EMAIL**

The Honorable James L. Cott
United States Magistrate Judge
Southern District of New York
500 Pear Street
New York, New York 10007

    **Re:**    *United States v. Kenroy Hardie, a/k/a "Sharkie," S1 22 Cr. 378*

Dear Judge Cott:

On or about July 12, 2022, Kenroy Hardie was charged in the above-referenced S1 22 Cr. 378 sealed indictment. An arrest warrant was subsequently issued by Your Honor. The Government hereby requests that Your Honor enter a limited unsealing order that would permit the Government to disclose the sealed superseding indictment and arrest warrant to others within the United States government as well as foreign officials for the limited purposes of enabling the Government to apprehend the defendant, bring the defendant to the United States, and to further the existing prosecution and investigation.

The Government also hereby requests that Your Honor issue an order directing the Clerk's Office to affix to the arrest warrant the date of issuance (July 12, 2022), provide three certified copies of the S1 22 Cr. 378 sealed indictment, and provide three certified copies of the arrest warrant for purposes of extraditing this defendant to the United States. Because the defendant has not yet been arrested, the Government respectfully requests that this document be filed under seal.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

By: _____/s/_____
        Mathew Andrews
        Frank Balsamello
        Andrew Chan
        Assistant United States Attorney
        (212) 637-6526

SO ORDERED:

JAMES L. COTT
United States Magistrate Judge

Dated: July 18, 2022
      New York, New York