UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **SCHEDULING ORDER** |
| -against- | : | 22 Cr. 378 (AKH) |
| KENROY HARDIE, | : | |
| Defendant. | : | |

---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The pre-trial conference scheduled for August 11, 2026 is adjourned to August 13, 2026 at 12pm in Courtroom 14D.

SO ORDERED.

Dated: August 5, 2026
New York, New York

/s/ Alvin Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge