UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>KENROY HARDIE,<br><br>Defendant. | **SCHEDULING ORDER**<br><br>22 Cr. 378 (AKH) |

ALVIN K. HELLERSTEIN, U.S.D.J.:

The pre-trial conference scheduled for October 15, 2026, at 10:30am is adjourned to October 15, 2026, at 2:30pm in Courtroom 14D.

SO ORDERED.

Dated: October 14, 2026
New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge