**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 14, 2026

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

The conference is adjourned and change of plea hearing is scheduled for November 18, 2026 at 11:00 am. Time is excluded, in the interest of justice.

Alvin K. Hellerstein
10/14/2026

**Re: *United States v. Kenroy Hardie*, 22 Cr. 378 (AKH)**

Dear Judge Hellerstein:

Defendant Kenroy Hardie is scheduled to appear before the Court for a status conference tomorrow, October 15, 2026, at 2:30 p.m. The Government has conferred with defense counsel, Sarah Krissoff, Esq., and the parties jointly request that this appearance (a) be adjourned approximately 30 days and (b) be converted into a change-of-plea hearing. The Government also respectfully requests that speedy trial time be excluded between October 15, 2026 and the adjourned date, as the ends of justice served by allowing the defendant time to consider and prepare for his plea outweigh the best interests of the public and defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). The defense consents to the requested exclusion of time.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: Frank J. Balsamello
Frank J. Balsamello / Andrew K. Chan
Assistant United States Attorneys
(212) 637-2325 / -1072

cc: Sarah Krissoff, Esq., *counsel for defendant Kenroy Hardie*