**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 16, 2026

**BY ECF**

MEMO ENDORSED

The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**Re: *United States v. Kenroy Hardie*, 22 Cr. 378 (JAV)**

Dear Judge Vargas:

Defendant Kenroy Hardie was scheduled to appear before the Honorable Alvin K. Hellerstein for a plea on Wednesday, November 18, 2026. Since Judge Hellerstein's passing, the Government has conferred with defense counsel, Sarah Krissoff, Esq., and the parties now respectfully request that the Court schedule a status conference on a date after the ongoing trial concludes.

The Government also respectfully requests—with the defendant's consent—that speedy trial time be excluded between November 18, 2026 and the new conference date, as the ends of justice served by allowing the defendant time to meet with counsel and further consider and prepare for his plea outweigh the best interests of the public and defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7).

The Government's request for a status conference is granted. The change of plea hearing is adjourned sine die. A status conference will be held before Judge Jeannette A. Vargas on December 8, 2026 at 11:30 am in Courtroom 11B, 500 Pearl Street, New York, NY 10007. Time is excluded under the Speedy Trial Act to that date.

SO ORDERED.

Dated: November 17, 2026

Jeannette Vargas
JEANNETTE A. VARGAS
United States District Judge

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: Frank J. Balsamello
Frank J. Balsamello / Andrew K. Chan
Assistant United States Attorneys
(212) 637-2325 / -1072

cc: Sarah Krissoff, Esq., *counsel for defendant Kenroy Hardie*